JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRUSSAK WELCH AND AVILA, INC., | Case No. 8:23-cv-01096-JWH-ADS |
| Plaintiff, | **JUDGMENT** |
| v. | |
| AMTRUST NORTH AMERICA, WESCO INSURANCE COMPANY, and DOES 1-20, inclusive, | |
| Defendants. | |

1 | Pursuant to the Order to Show Cause [ECF No. 8] entered on or about July 13, 2023, and in accordance with Rules 41(b) and 58 of the Federal Rules of Civil Procedure in view of Plaintiff's failure to respond,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This action, including all claims asserted herein, is **DISMISSED**.

2. Other than potential post-judgment remedies (including those provided in Rule 54(d) of the Federal Rules of Civil Procedure), to the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: August 16, 2023

John W. Holcomb
UNITED STATES DISTRICT JUDGE

-2-